# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID BANKS

NO. 2022 KW 0261

**JULY 5, 2022**

---

In Re:    David Banks, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 09-07-0351.

---

**BEFORE:    McCLENDON, WELCH, AND HESTER, JJ.**

    **WRIT DENIED.    Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to relator whose conviction and sentence was final at the time the decision was rendered. See also **State v. Kelly,** 2021-00572 (La. 9/27/21), 324 So.3d 79 (per curiam). Accordingly, the district court did not err by dismissing the application for postconviction relief.

**PMc**
**JEW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT